_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:17-cv-01946-JLS-JDE Date: November 28, 2017
Title: Bodie Investment Group, Inc. v. Marani Brands, Inc. et al
_____

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

 Terry Guerrero N/A
 Deputy Clerk Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF: ATTORNEYS PRESENT FOR DEFENDANT:

 Not Present Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER RE: PLAINTIFF'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION (Doc. 22)**

 Before the Court is Plaintiff Bodie Investment Group, Inc.'s Ex Parte Application for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue. (*See* Doc. 22.) The Court also received via email a letter from co-defendant Paul Strickland, the CEO of Marani Brands, Inc. on November 27, 2017. The letter purports to address the issue of the temporary restraining order, but it was not properly filed or served on the Plaintiff. Per Local Rule 83-2.5 and Federal Rule of Civil Procedure 5, the Court considers this letter an improper ex parte communication and will not consider it in ruling on the application. Nevertheless, the Court will put Strickland's letter on the docket so that Plaintiff is aware of the nature of the communication.
 In light of the fact that (1) Plaintiff delayed significantly from the initial filing of its application for a Temporary Restraining Order (*see* Doc. 2) to its proper service on Defendants, and (2) its appears that Defendants may wish to respond but may not yet have retained counsel, the Court finds that there is good cause to allow Defendants additional time to respond to Plaintiff's Application.
 Accordingly, Defendants may file their response, if any, to the Application within **forty-eight (48) hours** of this Order. Plaintiffs are ORDERED to serve this Order on Defendants by email forthwith. Unless otherwise ordered, the Court will rule on the

_____
**CIVIL MINUTES – GENERAL** 1

Application at the earlier of the receipt of Defendant's response, or when the time for such response has expired.

Initials of Preparer:  tg