| | |
|---|---|
| Brian Corrigan, 143188<br>Corrigan & Morris LLP<br>201 Santa Monica Blvd., Suite 475<br>Santa Monica, CA 90401 | (310) 394-2828 |
| Representing: Plaintiff | File No. Bodie |

United States District Court, Central District of California

Central District of California - District - Santa Ana

| | |
|---|---|
| Bodie Investment Group, Inc.<br><br>Plaintiff/Petitioner<br>vs.<br><br>Marani Brands, Inc.; et al.<br><br>Defendant/Respondent | Case No. 17-cv-01946-JLS-JDEx<br><br>Proof of Service of:<br>Summons, First Amended Complaint, Exhibit 1 to FAC, Exhibit 2 to FAC, Exhibit 3 to FAC, Exhibit 4 to FAC, Exhibit 5 to FAC, Exhibit 6 to FAC, Exhibit 7 to FAC, Exhibit 8 to FAC, Exhibit 9 to FAC, Exhibit 10 to FAC, Exhibit 11 to FAC, Notice of Assignment to United States Judges, Civil Case Cover Sheet, Notice to Parties of Court-Directed Service on:<br>Tangiers Investment Group, LLC, a Delaware limited liability company<br><br>Hearing Date:<br>Hearing Time:<br>Div/Dept: |

PROOF OF SERVICE

OL#11680016

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Brian Corrigan, 143188<br>Corrigan & Morris LLP<br>201 Santa Monica Blvd., Suite 475<br>Santa Monica, CA 90401<br>ATTORNEY FOR (Name): Plaintiff | (310) 394-2828 | |
| | Ref. No. or File No.<br>Bodie | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
411 West Fourth St
Santa Ana, CA 92701-4516

PLAINTIFF:
Bodie Investment Group, Inc.

DEFENDANT:
Marani Brands, Inc.; et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>17-cv-01946-JLS-JDEx |
|---|---|---|---|---|

BY FAX

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, First Amended Complaint, Exhibit 1 to FAC, Exhibit 2 to FAC, Exhibit 3 to FAC, Exhibit 4 to FAC, Exhibit 5 to FAC, Exhibit 6 to FAC, Exhibit 7 to FAC, Exhibit 8 to FAC, Exhibit 9 to FAC, Exhibit 10 to FAC, Exhibit 11 to FAC, Notice of Assignment to United States Judges, Civil Case Cover Sheet, Notice to Parties of Court-Directed ADR Program, Order Re Transfer Pursuant to General Order 16-05 (Related Cases), Initial Standing Order for Civil Cases Assigned to Judge Josephine L. Staton

2. Party Served:         Tangiers Investment Group, LLC, a Delaware limited liability company

3. Person Served:         Michael Sobeck - Person Authorized to Accept Service of Process

a. Left with:            Cristina Avila, Front Desk - Person In Charge Of Office

4. Date & Time of Delivery:   01/24/2018         1:33PM

5. Address, City and State:   2251 San Diego Ave, Unit B150
                              San Diego, CA 92110

6. Manner of Service:    By leaving the copies with or in the presence of Cristina Avila, Front Desk , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 150.90

Registered California process server.
County: San Diego
Registration No.: 3161
Jose Castillo
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 01/29/2018 at Los Angeles, California.

Signature: _Jose Castillo_

Jose Castillo
OL#: 11680016

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> Brian Corrigan, 143188 <br> Corrigan & Morris LLP <br> 201 Santa Monica Blvd. <br> Santa Monica, CA 90401 <br> ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.: <br> (310) 394-2828 | FOR COURT USE ONLY |
|---|---|---|
| | Ref. No. or File No. <br> Bodie | |
| Insert name of court, judicial district or branch court, if any: <br> United States District Court, Central District of California <br> 411 West Fourth St <br> Santa Ana, CA 92701-4516 | | |
| PLAINTIFF: <br> Bodie Investment Group, Inc. | | |
| DEFENDANT: <br> Marani Brands, Inc.; et al. | | |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: <br> 17-cv-01946-JLS-JDEx |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 01/26/2018, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, First Amended Complaint, Exhibit 1 to FAC, Exhibit 2 to FAC, Exhibit 3 to FAC, Exhibit 4 to FAC, Exhibit 5 to FAC, Exhibit 6 to FAC, Exhibit 7 to FAC, Exhibit 8 to FAC, Exhibit 9 to FAC, Exhibit 10 to FAC, Exhibit 11 to FAC, Notice of Assignment to United States Judges, Civil Case Cover Sheet, Notice to Parties of Court-Directed ADR Program, Order Re Transfer Pursuant to General Order 16-05 (Related Cases), Initial Standing Order for Civil Cases Assigned to Judge Josephine L. Staton

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

Tangiers Investment Group, LLC, a Delaware limited liability company

Michael Sobeck

2251 San Diego Ave, Unit B150

San Diego, CA 92110

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 150.90

Gissel Garcia
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 01/29/2018 at Los Angeles, California.

*Gissel Garcia*

OL#:   11680016