Name and address:
Richard P. Tricker (SBN 101460)
Winget Spadafora & Schwartzberg, LLP
1900 Avenue of the Stars, Suite 450
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bodie Investment Group, Inc.<br><br>v.<br>Plaintiff(s)<br><br>Marani Brands, Inc., et al.<br><br>Defendant(s). | CASE NUMBER<br><br>8:17-CV-01946-JLS-JDE<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Harmon, Mark A.    of    Hodgson Russ, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*           650 Third Avenue, Suite 2300
212-751-4300     212-751-0928                                         New York, NY 10158
*Telephone Number*   *Fax Number*
mharmon@hodgsonruss.com
*E-Mail Address*                                                      *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Defendant Pacific Stock Transfer

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel
Richard P. Tricker    of    Winget Spadafora & Schwartzberg, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*            1900 Avenue of the Stars, Suite 450
101460    310-836-4800    310-836-4801                                Los Angeles, CA 90067
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
tricker.r@wssllp.com
*E-Mail Address*                                                      *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                                            _____
                                                            U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1