Brian T. Corrigan, Esq. (Bar No. 143188)
Stanley C. Morris, Esq. (Bar No. 183620)
**CORRIGAN & MORRIS LLP**
12300 Wilshire Boulevard, Suite 210
West Los Angeles, California 90025
bcorrigan@cormorllp.com
scm@cormorllp.com
Telephone: (310) 394-2800
Facsimile: (310) 394-2825

*Attorneys for* Plaintiff
BODIE INVESTMENT GROUP, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BODIE INVESTMENT GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>V.<br><br>MARANI BRANDS, INC., a Nevada corporation, PAUL STRICKLAND, a Washington citizen; PACIFIC STOCK TRANSFER COMPANY, aka PACIFIC STOCK TRANSFER, INC., a Nevada corporation, and TANGIERS INVESTMENT GROUP, LLC, a Delaware limited liability company,<br><br>Defendants. | **CASE NO.: 17-cv-01946-JLS-JDE**<br>**Judge: Honorable Josephine L. Staton**<br><br>**DECLARATION OF BRIAN T. CORRIGAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION OF PACIFIC STOCK TRANSFER COMPANY TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**Complaint Filed: November 2, 2017**<br><br>**Date: March 16, 2018**<br>**Time: 2:30 p.m.**<br>**Courtroom: 10A** |

CORRIGAN & MORRIS, LLP
ATTORNEYS AT LAW
12300 WILSHIRE BOULEVARD
SUITE 210
WEST LOS ANGELES, CA 90025

CORRIGAN DECLARATION IN OPPOSITION TO PACIFIC'S MOTION TO DISMISS - 1

I, Brian T. Corrigan, declare as follows:

1. I am over 18 years old. I have personal knowledge of the facts stated herein and if called on would and could testify competently thereto.

2. This Declaration is filed in support of the opposition brief of Plaintiff, Bodie Investment Group, Inc., a Delaware corporation ("Bodie"), to the motion to dismiss filed by defendant, Pacific Stock Transfer Company ("Pacific").

3. On January 19, 2018, Plaintiff propounded written discovery on the defendants. On February 18, 2018, after filing the Motion to Dismiss, Mr. Tricker, counsel for Pacific, notified Plaintiff's counsel that Pacific would not respond to the discovery, pending resolution of its motion to dismiss, citing PSLRA, 15 USC §77z-1(b)(1). Plaintiff intends to move the Court, by separate motion, or by stipulation, to permit Plaintiff to conduct formal discovery on the jurisdictional issues raised prior to the resolution of the motion to dismiss.

4. Attached hereto at Exhibit 1 is a true and correct copy of an Internet Release printed from the Securities and Exchange Commission's Web Site at www.sec.gov/divisions/marketreg/mrtransfer.shtml.

5. Attached hereto at Exhibit 2 is a true and correct copy of an Internet Release printed from the Securities and Exchange Commission's Web Site at www.sec.gov/fast-answers/answerstransferagenthtm.html.

6. Attached hereto at Exhibit 3 is a true and correct copy of the Internet web page as of February 21, 2018 at 3:25 p.m. for Pacific Stock Transfer at http://pacificstocktransfer.com/services/.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed this 23rd day of February 2018 in Los Angeles, California.

/S/ Brian T. Corrigan

Corrigan & Morris, LLP
Attorneys At Law
12300 Wilshire Boulevard
Suite 210
West Los Angeles, CA 90025

CORRIGAN DECLARATION IN OPPOSITION TO PACIFIC'S MOTION TO DISMISS - 2