BRIAN T. CORRIGAN, ESQ. (BAR NO. 143188)
STANLEY C. MORRIS, ESQ. (BAR NO. 183620)
**CORRIGAN & MORRIS LLP**
12300 WILSHIRE BOULEVARD, SUITE 210
WEST LOS ANGELES, CALIFORNIA 90025
BCORRIGAN@ CORMORLLP.COM
SCM@CORMORLLP.COM
TELEPHONE: (310) 394-2800
FACSIMILE: (310) 394-2825

*Attorneys for* Plaintiff
BODIE INVESTMENT GROUP, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BODIE INVESTMENT GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>V.<br><br>MARANI BRANDS, INC., a Nevada corporation, PAUL STRICKLAND, a Washington citizen; PACIFIC STOCK TRANSFER COMPANY, aka PACIFIC STOCK TRANSFER, INC., a Nevada corporation, and TANGIERS INVESTMENT GROUP, LLC, a Delaware limited liability company,<br><br>Defendants. | **CASE NO.: 17-cv-01946-JLS-JDE**<br>**Judge: Honorable Josephine L. Staton**<br><br>**EXHIBIT 3**<br><br>**DECLARATION OF BRIAN T. CORRIGAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION OF PACIFIC STOCK TRANSFER COMPANY TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**Complaint Filed: November 2, 2017**<br><br>**Date: March 16, 2018**<br>**Time: 2:30 p.m.**<br>**Courtroom: 10A** |

CORRIGAN & MORRIS, LLP
ATTORNEYS AT LAW
12300 WILSHIRE BOULEVARD
SUITE 210
WEST LOS ANGELES, CA 90025

CORRIGAN DECLARATION IN OPPOSITION TO PACIFIC'S MOTION TO DISMISS


SERVICES | Pacific Stock Transfer

| BECOME A CLIENT OF PST TODAY! | NEED A SHARE STRUCTURE? | TRANSFER AGENTS |



 PacificStockTransfer

# 1 (800) 785-7782

Mon-Fri 8am-7:30pm EST



# Accurate, Fast, Accountable.

Due to the ever-changing regulatory environment and variances in the market, Pacific Stock Transfer recognizes the importance of being a detailed and compliant transfer agent.

Exhibit 3, p. 000010

That is why we pride ourselves on accuracy and maintain an expeditious turnaround time when processing all of your transactions. The primary responsibility of a transfer agent is to handle new issuances, stock transfers, legend removals and various shareholder inquires, so we incorporate proficiency and precision into every facet of business.

We strive to complete every item in a timely manner for our clients and their shareholders. We appreciate any feedback so that we can provide a superior level of customer service. Please contact us any time with questions or concerns.

## Our Services

- Securities Transfers & Issuance

### Let us service all your transfer needs

Pacific Stock Transfer provides responsive, innovative and comprehensive transfer agency services for institutional investors, asset managers, brokers and equity issuers. We can accommodate your organization in every facet of the highly regulated transfer industry. Whether it's an IPO, transferring a certificate or private capital fund raising, let us assist your needs with our enterprise-leading knowledge.

We have industry capable solutions that far exceed other agencies; our staff will provide prompt and accurate service along with swift turnaround times. Don't be swayed by promises of a knowledgeable staff. Instead, let our visionary team show you what benchmark setting standards truly are.

### DTCC FAST Agent

Issuers of Pacific Stock Transfer and Capital Transfer Agency are welcome to apply for FAST status with DTCC to participate in DWAC and DRS share transfers. Please inquire to discuss in more detail!

- Corporate Actions

- Annual Meeting Services

- IPO Services

- Reports
- Records Retention & Electronic Information
- Certificate Printing
- Proxy Services
- Lost Shareholders and Asset Recovery Services
- CUSIP Services

## Specialty Services: please click each for more information.





SERVICES | Pacific Stock Transfer







Exhibit 3, p. 000013

http://pacificstocktransfer.com/services/[2/21/2018 3:25:06 PM]



Pacific Stock Transfer, as a part of Pacific Services Group (which includes Capital Transfer Agency in Canada) is a full service transfer agency serving public and private companies across the United States and Canada. As a group, we represent over 2,500 issuers, comprised of over 500,000 shareholders worldwide.

## OUR SERVICES

ALL SERVICES

BANK STOCK TRANSFER

RESOURCES

DTCC SERVICES

OTC MARKETS SERVICES

EDGAR & XBRL FILINGS

## QUICK LINKS

ABOUT US

TESTIMONIALS

ONLINE ACCESS

BECOME A CLIENT

TRANSFER AGENTS

CONTACT US

PACIFIC STOCK TRANSFER

SERVICES | Pacific Stock Transfer

6725 Via Austi Pkwy, Suite 300 Las Vegas, NV 89119
Phone: (800) 785-7782
Fax: (702) 433-1979
Web: PacificStockTransfer.com

PACIFIC SERVICES GROUP
173 Keith St. Ste 3 Warrenton, VA 20186
Phone: (571) 485-9999

CAPITAL TRANSFER AGENCY
390 Bay Street, Suite 920, Toronto, ON M5H 2Y2
Phone: (416) 350-5007
Web: CapitalTransferAgency.com

Copyright 2017 Pacific Stock Transfer Company | All Rights Reserved | Privacy Policy | Customization by Heather Marie Creative LLC

Exhibit 3, p. 000015